```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26331
   VERONICA DANAO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9728


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2008 and was not confirmed.

     The case was dismissed without confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00           .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     30000.00           .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI   NOT FILED            .00             .00
ARONSON FURNITURE        UNSEC W/INTER   NOT FILED            .00             .00
AT&T                     UNSEC W/INTER   NOT FILED            .00             .00
VILLAGE OF ALSIP         UNSEC W/INTER   NOT FILED            .00             .00
CAPITAL MGMT VENTURES    UNSEC W/INTER   NOT FILED            .00             .00
ARROW FINANCIAL SERV     UNSEC W/INTER       419.49           .00             .00
24 IHIM LLC              UNSEC W/INTER   NOT FILED            .00             .00
LITERARY GUILD BOOK CLUB UNSEC W/INTER   NOT FILED            .00             .00
DOUBLEDAY BOOK CLUB      UNSEC W/INTER        81.67           .00             .00
DOUBLEDAY BOOK CLUB      UNSEC W/INTER   NOT FILED            .00             .00
T MOBILE                 UNSEC W/INTER   NOT FILED            .00             .00
T MOBILE                 NOTICE ONLY     NOT FILED            .00             .00
MILDRED T DEJESUS        NOTICE ONLY     NOT FILED            .00             .00
MARTIN J OHEARN          DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      ---------------    ---------------
TOTALS                     .00                  .00


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 26331 VERONICA DANAO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |